# United States Bankruptcy Court
## Middle District of Alabama

In re **Tabitha Ephriam**  
Debtor(s)

Case No. **17-33642**  
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **December 18, 2017**, a copy of **Docket Entry #10, Order Setting Evidentiary Hearing** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

- **ALABAMA POWER**
- **AT&T**
- **BAPTIST HEALTH**
- Capstone Finance
- **CHARTER COMMUNICATIONS**
- **CHARTER COMMUNICATIONS**
- **CHECK INTO CASH**
- Daniel E. Reeder
- **DISTRICT COURT OF MONTGOMERY**
- **DR. SCOTT HARRIS**
- **EASY MONEY**
- **EDFINANCIAL**
- **EMERGI CASH**
- **FIRST SUN FINANCE**
- **GE CAPITAL ASSET MANAGEMENT CO**
- **JACKSON HOSPITAL**
- **MIRACLE FINANCE**
- **MONTGOMERY WATER WORKS**
- **NAVIENT**
- PLS Loan Store
- Prestige Financial Services, Inc. C/O
- **PRESTIGE FINANCIAL SERVICES, LLC.**
- **SIGNATURE FINANCE**
- **SPRINGLEAF FINANCE**
- **SYNCB/TIRE Pros**
- U.S. Department of Education
- **UNIVERSITY OF PHOENIX**
- **USA FUNDS**
- **TABITHA EPHRIAM**

/s/ Richard D. Shinbaum  
**Richard D. Shinbaum ASB-8638-B54R**  
**Shinbaum Law Firm**  
**566 South Perry Street**  
**Montgomery, AL 36101**  
**334-269-4440- Selma 334-872-4545Fax:334-263-4096-Selma**  
**334-874-1084**  
**rshinbaum@smclegal.com**