UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 17–33642
 Chapter 13
Tabitha Ephriam,

    Debtor.

**NOTICE**

Notice of Submission Error requiring refiling. We are unable to read the Employee Income Records. Please rescan and refile. Please file a corrected document within 7 days or your pleading may be dismissed (RE: related document(s)5 Employee Income Records). Corrected filing due by 12/26/2017. (DR)

Dated December 18, 2017

Juan–Carlos Guerrero
Clerk of Court