UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re
TABITHA EPHRIAM            Case No.    17-33642-DHW
                                         Chapter 13
     Debtor(s)

## ORDER SETTING EVIDENTIARY HEARING

The motion filed by the debtor on December 15, 2017 and designated MOTION TO EXTEND THE AUTOMATIC STAY, is set for evidentiary hearing at the United States Bankruptcy Court, Courtroom #4C, United States Courthouse Annex, One Church Street, Montgomery, Alabama**, on January 8, 2018 at 2:00 p.m.**

The moving party or counsel shall (1) give **timely** notice by mail to **ALL CREDITORS, all parties in interest and to their attorneys of record in the debtor's next most previous bankruptcy case** as provided by Fed. R. Bankr. Proc. 2002 or other appropriate Rule, by serving a copy of this order and the motion on each; and (2) file in court prior to the hearing date a certificate of service showing the names and addresses of the parties served. Failure to give such notice and file the certificate as required may result in dismissal of the motion.

Done this 18th day of December, 2017

*Dwight A. Williams, Jr.*

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c    Richard D. Shinbaum, Attorney for Debtor
      Debtor
      Trustee

In re:                                                                      Case No. 17-33642-DHW
Tabitha Ephriam                                                             Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 1127-2     User: desma          Page 1 of 1              Date Rcvd: Dec 18, 2017
                         Form ID: pdfSOME     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2017.
db           #+Tabitha Ephriam,    302 Winderton Dr.,   Montgomery, AL 36108-5228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2017 at the address(es) listed below:
     Bankruptcy Administrator    ba@almb.uscourts.gov
     Richard D. Shinbaum    on behalf of Debtor Tabitha  Ephriam rshinbaum@smclegal.com,
      scarter@smclegal.com;cthornton@smclegal.com
     Sabrina L. McKinney    trustees_office@ch13mdal.com
                                                                         TOTAL: 3